ARMED SERVICES BOARD OF CONTRACT APPEALS

| | |
|---|---|
| Appeals of -- | ) |
| | ) |
| Lockheed Martin Corporation | ) ASBCA Nos. 59894, 59895, 59896 |
| | ) 60422, 60423, 60424 |
| | ) |
| Under Contract No. N00019-02-C-3002 *et al.* | ) |

APPEARANCES FOR THE APPELLANT:          Terry L. Albertson, Esq.
                                        Stephen J. McBrady, Esq.
                                        Skye Mathieson, Esq.
                                          Crowell & Moring LLP
                                          Washington, DC

APPEARANCES FOR THE GOVERNMENT:         E. Michael Chiaparas, Esq.
                                          DCMA Chief Trial Attorney
                                        Arthur M. Taylor, Esq.
                                        Deputy Chief Trial Attorney
                                        Kara M. Klaas, Esq.
                                          Trial Attorney
                                          Defense Contract Management Agency
                                          Chantilly, VA

ORDER OF DISMISSAL

The dispute which is the subject of the appeals having been settled, the appeals are hereby dismissed with prejudice subject to reinstatement only in the event the settlement is not consummated. Any request to reinstate the subject appeal must be filed by 18 October 2017.

Dated: 3 November 2016

MARK N. STEMPLER
Administrative Judge
Acting Chairman
Armed Services Board
of Contract Appeals

I certify that the foregoing is a true copy of the Order of Dismissal of the Armed Services Board of Contract Appeals in ASBCA Nos. 59894, 59895, 59896, 60422, 60423, 60424, Appeals of Lockheed Martin Corporation, rendered in conformance with the Board's Charter.

Dated:

JEFFREY D. GARDIN
Recorder, Armed Services
Board of Contract Appeals

2